# United States District Court

United States District Court
Southern District of Texas
FILED

AUG - 5 2015

David J. Bradley, Clerk

SOUTHERN DISTRICT OF TEXAS
McAllen Division

UNITED STATES OF AMERICA
V.
**Anna Crystal PALOMA**
A208 288 098
YOB: 1996
COC: United States

Name and Address of Defendant

## CRIMINAL COMPLAINT

Case Number: M-15- 1311 -M

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __August 4, 2015__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and brought the alien for the purpose of commercial advantage or private gain,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(2)(B)(ii)__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

## Refer to Attachment A

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**Approved By:** **R. Cantu**

**Juan R. Ciénega**
Printed Name of Complainant

**August 5, 2015**    8:26 am    at    **McAllen, Texas**

Date                                               City and State

**Peter E. Ormsby**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# Attachment A

The defendant, a United States citizen and passenger aboard a taxi, attempted to bring illegally into the United States through the Pharr Port of Entry alien child R.A.M.G. (female, 4 months old), a Mexican citizen, as a United States citizen. At primary, the defendant claimed the child as her niece, that she was a United States citizen, and presented a State of Nebraska birth certificate bearing the name J.C.H. as proof. The defendant and the child were referred into secondary for further inspection.

In secondary, the defendant insisted the child was her niece and to taking the child back to her parents in Nebraska as a favor. Further inspection revealed the defendant was utilizing her friend's daughter's birth certificate to bring the child into the United States illegally. The defendant admitted to knowing the child was from Mexico and to not having any legal status to enter the United States.

According to the defendant, her friend (Adilene HERNANDEZ-Gutierrez, the child's aunt) had propositioned her into bringing her niece to Nebraska illegally as a United States citizen using her daughter's birth certificate. The defendant accepted and was provided with the birth certificate. She then flew from Cincinnati, Ohio to McAllen, Texas, traveled to Reynosa, Tamaulipas, and took custody of the child from the mother. For her services, she was to receive $3,000.00 dollars once the child was in Nebraska with her aunt.

Contact was established with the child's mother and she arrived at the Hidalgo Port of Entry to claim her child. She corroborated the defendant's statements and admitted to her intentions of entering the United States illegally once the child was in the United States. Database queries on both resulted in no legal status to enter, live, or work in the United States. Both were returned to Mexico through the Hidalgo Port of Entry.